UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
February 11, 2022 12:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 2-11

Jhal Devonn Smith #391981

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

John W. Vincent, Retained former Att.
[scribbled out]
[scribbled out]
[scribbled out]
[scribbled out]

1:22-cv-127
Jane M. Beckering
U.S. District Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑   N/A

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
N/A   U.S District court for eastern District Suthern devision

2. Is the action still pending?   Yes ☐   No ☑
   a. If your answer was no, state precisely how the action was resolved: Denied/Dismissed on Alleged Merit.

3. Did you appeal the decision?   Yes ☐   No ☑
4. Is the appeal still pending?   Yes ☐   No ☑
   a. If not pending, what was the decision on appeal? Given opinion/Ruled/Denied and Dismissed

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☑   No ☐
   a. If so, explain: unlawful-convictions/Federal and state violation of Federal and State law an procedure violation Proceedings Judical.

- 2 -    (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: Jhal Devonn Smith #391981
Place of Present Confinement: Bellamy Creek Correctional Facility
Address: 1727 West Bluewater Highway 48846
Place of Confinement During Events Described in Complaint: Calhoun County CourtHouse - Jail

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1: John W. Vincent - formerly Retained State of Mich.
Position or Title: Attorney, Calhoun Legal Group, Attorney - State of Mich.
Place of Employment: Calhoun County CourtHouse 2014-2015, 105 West Mich Av
Address: out Adress Marshall, Michigan 49068 — amount
Official and/or personal capacity? Official and personal capacity etc. Personal capacity 188,000

Name of Defendant #2: [illegible, scribbled out] Kaiser
Position or Title: [illegible, scribbled out]
Place of Employment: Calhoun County CourtHouse / Battle Creek [illegible]
Address: [illegible] East Michigan Avenue 49014 [illegible]
Official and/or personal capacity? Official and personal capacity etc. [illegible] Personal capacity

Name of Defendant #3: Sarah [illegible, scribbled out]
Position or Title: Judge [illegible]
Place of Employment: Calhoun County CourtHouse Battle Creek Mich.
Address: [illegible] East Michigan Avenue 49014 [illegible]
Official and/or personal capacity? Official and personal capacity [illegible]

Name of Defendant #4: [illegible, scribbled out]
Position or Title: [illegible, scribbled out]
Place of Employment: Battle Creek Michigan [illegible]
Address: [illegible] East Michigan Avenue Battle Creek [illegible]
Official and/or personal capacity? [illegible]

Name of Defendant #5: Nicole Biondo - alleged witness [illegible]
Position or Title: Home Health Aid
Place of Employment: [illegible]
Address: [illegible]
Official and/or personal capacity? Personal capacity [illegible]

appeals, [illegible] Supreme Court

-3-
(W.D. Mich. Form – Last Revised: September 2021)

Amount 1,000,000 Dollars

issue ①

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I Am basing This claim upon my Retained lawyer who was formerly a client for Mis-Repcusentation. I did not formerly have proper Knowledge and understanding and consent to the matters alleged and before me, and he had allowed me to be at risk of un-defined - outcomes in these matters that are before here, and i am basing this claim upon a underneith a matter of law, and State law procedures. he did not uphold the value of council due to any Defendant. concerning such a high profile Alleged acused of acusations. therefore i wish to bring to the court this claim held by Peplumation for personal opinions. my request before the court is to honer by granting me thi oppenertunity to proceed in the unjustly representation for Hire. and personal misfits. Id like to uphold court rules in the matter of criminal-Law and or statues, but bring into the matter involved for RE-instatement of currency for formerly hired, and allowing me to be at risk false-imprisonment and my personal value against personal opinion threw lack of council it is only Just that i be given the oppertunity to adress former council what is obvious to binded Law for defendants for hire, I have also suffered greate harrasment. So i ask the court to to Reasonable to allow to be before the court ~~and ootoo obtain ofederal~~ ~~ox State united Statees asents appointed Correct~~ may the court please allow this ~~petetion~~ to be granted.
⊂Q claim

in thi Amount of 168,000 $
for Allowing Allegations. and Personal hardship.

(W.D. Mich. Form – Last Revised: September 2021)

-4-

I am basing this claim upon my formerly retained lawyer who was formerly a client. for mis-Repusentation. I did not formerly be have proper knowledge and understanding and consent to the matters alleged and before me, and he had allowed me to be at risk of un-defined-outcomes in these matters that are before here, and i am basing this claim upon a underneith a matter of law, and State procedures, he did not uphold the value of council due to any defendant, concerning such a high profile alleged acused of acusations. therefore i wish to bring to the court this claim held by Deplumation for personal opinions. my request before the court is to honor by granting me thi oppertunity to proceed in the unjustly representation for hire and personal misfits. Id like to uphold court rules in the matter of criminal-law and or statues, but bring into the matter involved. for Re-instatement of currency for formerly hired. and allowing me to be at Risk false imprisonment, and my personal value against personal opinion threw lack of council it is only Just that i be given the oppertunity to adress former council what is obvious in binded law for defendants for hire. I have also ffered great harrasment. So i ask the court to to reson hardship sonable to allow to be before the court may the court please aw this to be granted in the amount of 168.000$ for allegations and personal

TABLE OF CONTENTS

WITNESSES: ~~PEOPLE~~                                                                 PAGE

~~None~~ Calhoun County Circuit Court/courts court house
185 East Mich Avenue
Battle Creek mich 49014

WITNESSES: ~~DEFENDANT~~

~~None~~

EXHIBITS:                                                         Identified   Received

~~None~~ Court of appeals
Michigan. Documentation
of information helping
to Pertain to my arguments

2

### IV. Relief

State briefly and precisely what you want the court to do for you.

I would like to have my value of my payment for Hire and conviction. and Deplimation for personals opinions. for acusations and for unlawful acusation that will proceed to be life long. I am not basing this claim underneith criminal-statues but basing this claim upon emotional and finacial hardship threw unlawful Legal-Matters to obtain personal court-Refunds and emotional wear unlawfully.

### V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

would Like a magistrate Judge →

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[X] I request that this case be assigned to a district judge.

_____      _____
**Date**                        **Signature of Plaintiff** (Thal D. Smith)

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Jhal Devonn Smith #391981
Bellamy Creek Correctional
Facility 1727 West Bluewater
Highway Ionia Michigan 48846
(48846)

U.S District court
399 Federal Building
110 Michigan St., NW
Grand Rapids, Mich. 49503