UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JHAL DEVONN SMITH,

    Plaintiff,

v.

JOHN W. VINCENT,

    Defendant.
_____/

Case No. 1:22-cv-127

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 5) on February 25, 2022, recommending that Plaintiff's complaint be dismissed for lack of federal subject matter jurisdiction.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint (ECF No. 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated:  March 25, 2022                                   /s/ Jane M. Beckering
                                                                               JANE M. BECKERING
                                                                               United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.