UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JHAL DEVONN SMITH,

    Plaintiff,

v.

    Case No. 1:22-cv-127

    HON. JANE M. BECKERING

JOHN W. VINCENT,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED for lack of federal subject matter jurisdiction.

Dated: March 25, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge